73069. PREFERRED RISK MUTUAL INSURANCE COMPANY
v. SOUTHERN GUARANTY INSURANCE COMPANY.
(362 SE2d 157)

BEASLEY, Judge.
On certiorari at 257 Ga. 355 (359 SE2d 665) (1987) the Supreme Court has reversed our decision in *Preferred Risk Mut. Ins. Co. v. Southern Guaranty Ins. Co.*, 181 Ga. App. 688 (353 SE2d 590) (1987). Accordingly, in conformity with the mandate of that opinion, our judgment of reversal is vacated and the judgment of the trial court is affirmed.

*Judgment affirmed. Deen, P. J., and Benham, J., concur.*

DECIDED OCTOBER 20, 1987.

*E. Wycliffe Orr*, for appellant.
*Robert M. Darroch, Elizabeth A. Obenshain*, for appellee.